IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| COMMWORKS SOLUTIONS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS PARENT, INC., FRONTIER COMMUNICATIONS HOLDINGS, LLC, FRONTIER COMMUNICATIONS CORPORATION, FRONTIER COMMUNICATIONS OF AMERICA INC., and FRONTIER SOUTHWEST INCORPORATED d/b/a FRONTIER COMMUNICATIONS OF TEXAS INC.,<br><br>                    Defendants. | Civil Action No.: 6:22-cv-01268 -ADA<br><br>**Jury Trial Demanded** |

## ORDER GRANTING MOTION TO DISMISS

The Court, having reviewed Frontier Communications Parent Inc's ("Frontier Parent"); Frontier Holdings, LLC's ("Frontier Holdings"); and Frontier Communications Corporation's ("FCC's") motion to dismiss for improper venue (ECF No. 10), noting that it is unopposed (ECF No. 28), finds that it should be granted and hereby GRANTS the motion. Plaintiff's claims against Frontier Parent, Frontier Holdings and FCC, are dismissed for improper venue. The Court notes that two other Defendants—Frontier Communications of America Inc. and Frontier Southwest Incorporated d/b/a Frontier Communications of Texas Inc.—remain in the case.

SIGNED this 30th day of March, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE